IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:03cr67-SPM
 1:05cr3-SPM

VINCENTE ANTONIO TORRALBA,

　　　　Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, First Unopposed Motion to Continue Sentencing (doc. 47) is granted. Sentencing is reset for 1:30 p.m. on July 11, 2005.

DONE AND ORDERED this 3rd day of May, 2005.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge