IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.:   1:03cr67-SPM
                                                                   1:05cr3-SPM

VINCENTE ANTONIO TORRALBA,

　　　　Defendant.
_____/

**ORDER CONTINUING SENTENCING
AND AUTHORIZING FUNDS FOR EXAMINATION IN ALACHUA COUNTY**

　　　　Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing (doc. 52), with a request for authorization to expend funds for a neuropsychological examination and request that Defendant be held in the Alachua County Jail until the new sentencing date to allow for his examinations. For good cause shown, it is

　　　　ORDERED AND ADJUDGED:

　　　　1.　　The motion (doc. 52) is granted.

　　　　2.　　Sentencing is reset for 1:30 p.m. on Tuesday, August 9, 2005.

　　　　3.　　Defendant may incur expenses, not to exceed $1,200, to retain an expert neuropsychologist for consultation and examination.

　　　　4.　　To facilitate examination, the United States Marshal shall transport

and keep Defendant at the Alachua County Jail until the new sentencing date.

DONE AND ORDERED this 6th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge